UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DEANDRE RUSSELL,            )<br>                                              )<br>          Plaintiff           )<br>                                              )<br>     vs.                              )<br>                                              )<br> RED STONE FEDERAL CREDIT )<br> UNION, et al.,                  )<br>                                              )<br>          Defendants       ) | Case No.  5:13-cv-02350-AKK |

## MEMORANDUM OPINION

On May 20, 2016, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. Doc. 49. On June 3, 2016, plaintiff filed objections to the magistrate judge's report and recommendation. Doc. 50.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and plaintiff's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge.  The court further **ACCEPTS** the recommendations of the magistrate judge that plaintiff's claims under the Truth in Lending Act and claims pursuant to the Fifth and Fourteenth Amendment be dismissed with prejudice on the basis of *res judicata*, and that the court **DECLINES**

to exercise supplemental jurisdiction over plaintiff's state-law negligence claims against John and Melissa Larsen, Phillip A. Geddes, and Scott Ford and that such claims be dismissed without prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 8th day of June, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE